**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID C. WHILE** | ) | **CASE NO.4:05CV2588** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **RICH GANSHIEMER,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, J**:

Pursuant to Federal Rule of Civil Procedure 58 and this Court's Opinion and Order filed contemporaneously, Petitioner's Petition is denied and this case is removed from the Court's active docket. The Court finds an appeal from this decision could not be taken in good faith. 28 U.S.C. § 1915 (a)(3). Since While has not made a substantial showing of a denial of a Constitutional right directly related to his conviction or custody, the Court declines to issue a certificate of appealability. 28 U.S.C. § 2253 (c)(2); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

September 27, 2007           S/Christopher A. Boyko
Date                         CHRISTOPHER A. BOYKO
                             United States District Judge